IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED
IN OPEN COURT

JUN 26 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:23-cr-44 |
| DENZEL AKEEM LOFTIN, | |
| Defendant. | |

STATEMENT OF FACTS

The United States and the defendant, DENZEL AKEEM LOFTIN (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On October 5, 2022, the Federal Bureau of Investigation (FBI) Phoenix notified FBI Norfolk that a Task Force Officer acting in an undercover capacity (UC-1) had been using Tagged to communicate with an individual claiming to be in the Hampton Roads area of Virginia. UC-1 posed as a 17-year-old female in Pittsburgh, Pennsylvania and LOFTIN attempted to lure her to Hampton Roads for commercial sex. UC-1 received the following message from profile "Pblacko":



1



2. The large blue emoji containing a "P" alluded to a Pimp. "304" referenced a "hoe" or a female involved in commercial sex, and a "bottom bitch" is a female responsible for supervising other females involved in commercial sex under the trafficker. UC-1 also provided a screen recording of the "Tagged" online dating platform profile for Pblacko, which listed "chosen not cheating 304 all about that $$." The profile also contains an image depicting a man holding a bag containing a large stack of cash, whose appearance is consistent with LOFTIN's Virginia Department of Motor Vehicle's photograph.

3. LOFTIN provided telephone number 757-***-9879 to UC-1.

<u>Excerpts from 757-***-9879 on September 21, 2022</u>

| | |
|---|---|
| LOFTIN: | Yeah, send pic lil mama |
| UC-1: | Can I be str8 w u |
| LOFTIN: | Always |
| UC-1: | I'm 17 won't be 18 for a lil bit but I like's ur vibe on Tagged |
| LOFTIN: | Send Pic |
| LOFTIN: | What state u in |
| UC-1: | I'm in Pittsburgh |
| UC-1: | My tagged account got blocked bc I'm not 18 |
| UC-1: | u said u could help me |
| LOFTIN: | Ok when u be 18 ? , Yeah I can take care of you if u willing to come to va |
| LOFTIN: | Send me a pic so I know what u look up |
| UC-1: | *Sent an image consistent with the appearance of a 17 year old girl* |
| UC-1: | Next month turn 18 |
| LOFTIN: | Ok, what u need help with lil mama? |
| UC-1: | U told me I could be one of ur female n u take care of me and we make $$ |
| UC-1: | I'm living day 2 day here I hate it |
| LOFTIN: | U willing to travel to VA. And u know what I'm looking for you to do for daddy, where u staying at now? |
| LOFTIN: | U come with me I'll take care of u no more day to day |
| UC-1: | Couchsurfing at my cousins n PA |
| UC-1: | Would u come get me ?? How this work |
| LOFTIN: | U can get stop surfing, I'm buy a bus ticket and u get on |
| UC-1: | Would I be w other girls like u say?? I don't even know how this works |
| LOFTIN: | *Sent an image depicting himself and two additional females* |



4. On September 27, 2022, a recorded phone call between LOFTIN and a Confidential Human Source (CHS) posing as UC-1 was completed. LOFTIN said he would post the CHS/UC-1 so she can "catch plays" and if the CHS/UC-1 wants him to be her pimp then she would have to give him 100% of her earnings so he can take care of her.

<u>Excerpts from 757-***-9879 on October 4, 2022</u>

| | |
|---|---|
| UC-1: | Thinking bout getting out of here soon….you never said where I was going in Virginia anyways ? Like Richmond I don't know much bout VA |
| LOFTIN: | Naw the 7 citys [i.e., Hampton Roads], when u ready daddy going to book your ticket baby |

5. On October 8, 2022, another recorded phone call between LOFTIN and a CHS was completed. During the recorded phone call, the CHS stated she was 17 years old and would be 18 on January 15, 2023, and was currently in Pittsburgh, Pennsylvania. The two discussed posting an advertisement for her to make money and bring LOFTIN a "stack," *i.e.*, $1,000.

6. On October 10, 2022, LOFTIN texted UC-1, "Call new or text new number 757-***-7263."

7. On October 11, 2022, UC-1 recorded another phone call between LOFTIN and the CHS. At one point in the conversation a female can be heard in the background, whom LOFTIN acknowledged as "Kash," a nickname for Emerita Moore, who was LOFTIN's "bottom," *i.e.*, a female appointed by a sex trafficker to supervise the other females working for the trafficker. LOFTIN expressed concerned that UC-1 was under 18 years old but then proceeded to look into the cost of Greyhound bus tickets compared the cost of plane tickets. LOFTIN tells the CHS/UC-1 he was "posting her tonight" and told the CHS/UC-1 she will be doing out calls. "Out-calls" are where the person engaged in commercial sex travels to the customer.



8. On October 12, 2022, UC-1 received a text with three screenshots depicting a Mega Personals advertisement depicting an unknown female. The post title was, "CUM FUCK ME AND LICK THIS JUICY PUSSY". The post listed: "NO SCAMMING, NO LOW BALLERS, NO POLICE, SERIOUS INQUIRES ONLY, IM HERE TO PLEASE YOU AND HAVE FUN, NO BB, NO CIM, NO ANAL, DON'T ASK!!!, out call and in calls welcomed." "BB" refers to bareback, meaning no condom being used during sex. "CIM" refers to cum in mouth, meaning the individual paying for the sexual act is not allowed to ejaculate in the female's mouth. Shortly after receiving the screenshots, UC-1 received the following from LOFTIN:

| | |
|---|---|
| LOFTIN: | I just posted u at 9 something I sent u the add |
| UC-1: | I got it daddy m my stupid phone is all jacked up |
| LOFTIN: | What do you mean by that |
| LOFTIN: | Because I just took a risk posting you |

9. On October 13, 2022, an FBI Special Agent searched popular escort websites and found an advertisement posted on Callescort.org posted on October 12, 2022, from Norfolk, Virginia. The advertisement listed: "CUM FUCK ME AND LICK THIS JUICY PUSSY". The post listed: "NO SCAMMING, NO LOW BALLERS, NO POLICE, SERIOUS INQUIRES ONLY, IM HERE TO PLEASE YOU AND HAVE FUN, NO BB, NO CIM, NO ANAL, DON'T ASK!!!, out call and in calls welcomed." The images attached to the advertisement included Moore and were consistent with the images LOFTIN sent UC-1 on September 21, 2022.

10. On October 13, 2022, an FBI Special Agent spoke to employees of the referenced Motel 6. Two employees identified LOFTIN as a frequent guest of the Motel 6 throughout the summer.

4



11. On October 13, 2022, LOFTIN requested a video call via Instagram with the CHS. The video call was recorded and depicted a man consistent with LOFTIN's appearance and voice used on prior phone calls.

12. On October 18, 2022, LOFTIN posted an advertisement on skipthegames.com, a website commonly used for commercial sex advertisement, using a picture of an unknown female. LOFTIN sent UC-1 this advertisement as well, stating it was for her, and UC-1 exchanged text messages regarding what sex acts were to be completed and the cost associated with said dates. LOFTIN's rates were $100 for a QV, $150 for 30 minutes and $350 for an hour. "QV" means a quick visit, referring to a 15 minute "date." LOFTIN messaged UC-1 stating, "U got to wear a condom, tell him he want bare he need 1000."

13. On October 31, 2022, FBI Norfolk received information from the Denver Child Exploitation Human Trafficking Task Force (DCEHTTF) concerning a missing 14 year-old female, JUVENILE-1 who was alleged to have been recently trafficked to Virginia and was posted on multiple online forums used for commercial sex workers.

14. JUVENILE-1 was located on an open-source website advertising as a sex worker in the Eastern District of Virginia. The advertisement displayed multiple additional females, who appeared consistent with postpubescent teenagers, posing in lingerie in provocative positions. In one photograph depicting JUVENILE-1 posing in lingerie, an individual consistent with the appearance of LOFTIN was visible in the background.

15. On October 31, 2022, FBI Norfolk working in conjunction with the Chesapeake Police Department (CPD) Vice Unit, coordinated an undercover operation to attempt to recover JUVENILE-1. An undercover officer (UC-2) made an agreement over text exchange for sex acts involving JUVENILE-1 and an additional female for $350.00. The agreement included



JUVENILE-1 being available for oral sex only because she was on her period and that another female would be available for anal sex. A location was set for a hotel in Chesapeake, Virginia.

16. Through the communication with UC-2, investigators learned that LOFTIN was utilizing a hotel in Virginia Beach for prostitution. Surveillance was established in and around this location, and JUVENILE-1 was observed in the company of LOFTIN, Moore, and another female. Following the agreement with UC-2, JUVENILE-1 was observed departing the company of LOFTIN, entering a ride sharing service with the two additional females at the hotel in Virginia Beach, and travelling to the hotel in Chesapeake.

17. At approximately 11pm that evening, JUVENILE-1 arrived at the hotel in Chesapeake utilizing a ride sharing service in the company of Moore and another female. Upon approach by law enforcement, the female subjects became disorderly, and JUVENILE-1 resisted detainment and assaulted law enforcement officials. The unknown female was eventually identified as a missing 17-year-old female from St. Louis, Missouri (JUVENILE-2). JUVENILE-2 had arrived in Virginia to work for LOFTIN several weeks before JUVENILE-1, on a flight from St. Louis to Norfolk on or about October 6, 2022.

18. Three cellular phones, all manufactured outside of the Commonwealth of Virginia, were seized from Moore, JUVENILE-1, and JUVENILE-2 on October 31, 2022. Pursuant to a search warrant, the phones were forensically extracted and their contents were reviewed. The phone seized from JUVENILE-2 indicated that she had arrived in Virginia on a flight from St. Louis to Norfolk on or about October 6, 2022. A video stored in the depicts her performing oral sex on LOFTIN on or about October 16, 2022, on which date JUVENILE-2 was 17 years old.



19. Following the incident on October 31, 2022, LOFTIN informed UC-1 that he was in danger of being arrested for sex trafficking in Virginia. UC-1 agreed to come to Virginia and LOFTIN provided a location in the Youngs Terrace Housing Project in Norfolk, Virginia. On November 3, 2022, UC-1 set a location to meet LOFTIN near the Youngs Terrace Housing Project. LOFTIN was observed approaching the predetermined location and was stopped by a fugitive apprehension team. Upon approach of plain clothes officers, LOFTIN attempted to destroy his cellular telephone by smashing the phone into the ground.

20. While in custody pursuant to state charges on or about November 8, 2022, LOFTIN had a recorded telephone call with JUVENILE-2. LOFTIN told JUVENILE-2 that he had broken his phone on purpose when encountered by law enforcement and asked JUVENILE-2 "how did you let them get your phones?" JUVENILE-2 asked LOFTIN to confirm that law enforcement would have gotten "the phone we first made 'plays' on," and LOFTIN told her to "stop talking like that on here."

21. On November 10, 2022, JUVENILE-1 was forensically interviewed. She disclosed she had recently run away from home and was homeless in Colorado when she met LOFTIN on Tagged. JUVENILE-1 exchanged photographs of herself, including nude photographs, with LOFTIN. LOFTIN offered to buy her a plane ticket to come to Virginia to work for him. A flight confirmation stored in a phone seized from JUVENILE-1 and searched pursuant to a search warrant shows she flew from Denver to Norfolk on October 26, 2022.

22. JUVENILE-1 originally told LOFTIN she was 19 years old, but during a Facetime conversation with LOFTIN prior to leaving Colorado, LOFTIN questioned her true age and she told him she was 17 years old. Upon arrival in Colorado, LOFTIN used a ride-sharing service to transport her to a house. On her first night in Virginia, she observed LOFTIN

smacking JUVENILE-2 in the mouth for talking back. All of the proceeds from JUVENILE-1's commercial sex dates went back to LOFTIN. LOFTIN set the prices for the "dates" and gave rules to the girls who worked for him, including making the "date" expose his penis prior to the date to ensure they are not from law enforcement. LOFTIN took photographs of JUVENILE-1, JUVENILE-2, and Moore which he used for commercial sex advertisements.

23. The evidence and investigation confirm that in and around October 2022, in the City of Chesapeake and elsewhere in the Eastern District of Virginia, defendant DENZEL AKEEM LOFTIN, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person—namely, Juvenile-1 and Juvenile-2—knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe the person, that Juvenile-1 and Juvenile-2 had not yet attained the age of 18 years and would be caused to engage in a commercial sex act.

24. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

25. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.



Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
E. Rebecca Gantt
Assistant United States Attorney



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DENZEL AKEEM LOFTIN, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DENZEL AKEEM LOFTIN

I am Mary Morgan, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Mary T. Morgan, Esq.
Attorney for DENZEL AKEEM LOFTIN

